UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-HC-2051-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID GLOSHAY | ORDER GRANTING MOTION TO SET<br>THE REVIEW HEARING FOR<br>DECEMBER 13, 2019 |

The Court hereby GRANTS Respondent's Motion to Set the Review Hearing for Date Certain and SETS the Review Hearing Pursuant to 18 U.S.C. Section 4247(h) for December 13, 2019 in __Raleigh__, North Carolina.

This the _10_ day of October, 2019.

_____
TERRENCE W. BOYLE
Chief United States District Judge

1